**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

FILED
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name Gates DAVID
(Last) (First) (Initial)

Prisoner Number J 60908 - 0003786

Institutional Address

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CV 08 3206 (PR)**

DAVID M GATES
(Enter the full name of plaintiff in this action.)

vs.

U S Court
Coalinga State Hosp

(Enter the full name of the defendant(s) in this action)

Case No.
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

**JW**

E-filing

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Coalinga State Hosp

B. Is there a grievance procedure in this institution?

YES (✓) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (✓) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal Sacramento US Dist.

2. First formal level US Dist Sacramento Promone Texas

3. Second formal level

4. Third formal level

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. Sacramento Record [illegible]

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any. [illegible] US Dist Court Superior Court Sacto [illegible] Capitol Mall

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I [illegible] and as well as signed A supreme [illegible] [illegible] 5-30-1988 [illegible] Carpenter [illegible] US Dist Court 450 Golden Gate San Francisco - with the help of [illegible] [illegible] [illegible] Bill [illegible] and 3 more 3 [illegible] [illegible] complete S all [illegible] Dept of Defense Comp [illegible] Transfer to Atascadero 2nd Time Depression wrote J. Edgar Hoover Baldy Bob Mueller and my [illegible] as Director First Salt Lake act [illegible] 33111 Federal Theory [illegible] assessment Bye US Supreme court Per Violent Death act all [illegible] Dept of Defense computer [illegible] Director, 293 Pages

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Abstract Judgment [illegible] good [illegible] [illegible] in the [illegible] Court Transfer me To San Francisco Judge [illegible] [illegible]

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of June, 2008

General 5 star 0-4171

(Plaintiff's signature)

Gen. Eisenman

General

5 star air Force army 0-1114

Invoking 1967 war Powers act.

David McGates 5604908-AB8712-6
Coalinga State Hospital
PO Box 5000-3
Coalinga, CA 93210

NEOPOST

U.S. District Court
450 Golden Gate Ave.
San Francisco,
94102

Legal Mail

94102$3661 C004



RECEIVED
08 JUN 26 PM 12: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA