FILED
08 JUL 18 PM 4:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

General Dave Marshal Gates
— Edika Ian Eisenwine

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Edika Ian Eisenwine Violent Death cot Instructions
DAVE MARSHAL Gates
Plaintiff,

vs.

US Dist Court Coalinga
Defendant.

CASE NO. C0-08-3206 JW

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

Dave Marshal Gates Judge B-7110 or J661-S First Salt Lake cot

I, Edika Ian Eisenwine, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________ Net: ____________

Employer: ____________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

______________________________________________

Judge Paycheck 15.1 million Per month World Dealer

______________________________________________

2. Have you received, within the past twelve (12) ~~months, any~~ money from any of the following sources: Treasury acct - 12273 on ... 

a. Business, Profession or self employment Yes ✓ No ___

b. Income from stocks, bonds, or royalties? Yes ___ No ___

c. Rent payments? Yes ___ No ___

d. Pensions, annuities, or life insurance payments? Yes ___ No ___

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

1978 Skidmore, 1986 Winchester 15.1 million

______________________________________________

3. n/a Are you married? Yes ___ No ___

Spouse's Full Name: n/a ______________________

Spouse's Place of Employment: ______________________

Spouse's Monthly Salary, Wages or Income:

Gross $______________ Net $______________

4. a. List amount you contribute to your spouse's support:$ ______________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ____ No ____

Estimated Market Value: $ 200,000.00 Amount of Mortgage: $ ____________

6. Do you own an automobile? Yes ____ No ____

Make [illegible] Year ____________ Model ____________

Is it financed? Yes ____ No ____ If so, Total due: $ ____________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________________________

______________________________________________

Present balance(s): $ 0

Do you own any cash? Yes ____ No ____ Amount: $ ____________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

______________________________________________

8. What are your monthly expenses?

Rent: $ ____________ Utilities: ____________

Food: $ ____________ Clothing: ____________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ____________ | $ ____________ | $ ____________ |
| ____________ | $ ____________ | $ ____________ |
| ____________ | $ ____________ | $ ____________ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_______________________________________________

_______________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_______________________________________________

_______________________________________________

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/16/08 ______________________

DATE SIGNATURE OF APPLICANT

**Case Number:** ______________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT** [illegible]

David Akron Robinson

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ______________ [prisoner name] for the last six months ______________ [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __________ and the average balance in the prisoner's account each month for the most recent 6-month period was $__________.

Dated:__________

______________________
[Authorized officer of the institution]

Send me a check $100,000.00

To Judge [illegible] 330
[illegible]
Dept of Defence [illegible]
D-7110
Re Violent Death Act - Judge [illegible] - First

3206

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name Gates Edike David Ian M [illegible]
(Last) (First) (Initial)

FILED
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

D 7118

Prisoner Number J 60908 - 0003786

Institutional Address Stairway To Heaven Supreme Court

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CV 08 3206 (PR)**

David M Gates
Edike Ian [illegible]
(Enter the full name of plaintiff in this action.)

12273 [illegible]

vs.

U S Court
Coalinga State Hosp

(Enter the full name of the defendant(s) in this action)

479097

Case No. [illegible] **JW**
(To be provided by the Clerk of Court)
Transfer to San Francisco

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

E-filing

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies.

[<u>Note:</u> You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Coalinga State Hosp

B. Is there a grievance procedure in this institution?

YES (✓) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (✓) NO ( ) [illegible]

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680