IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARSHALL GATES,<br><br>        Plaintiff,<br><br>  vs.<br><br>U. S. COURT, et al.<br><br>        Defendants. | No. C 08-03206 JW (PR)<br><br>ORDER OF DISMISSAL WITH LEAVE TO AMEND; DIRECTING PLAINTIFF TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

Plaintiff, a California inmate at the Coalinga State Hospital, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff's complaint is handwritten and is mostly illegible, including the Statement of Facts. Plaintiff seeks to proceed in forma pauperis.

**DISCUSSION**

A.    Standard of Review

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review the court must identify any cognizable claims, and dismiss any claims which are frivolous,

malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. See id. at 1915A(b)(1),(2).

To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged deprivation was committed by a person acting under the color of state law. See West v. Atkins, 487 U.S. 42, 48 (1988).

B.  Plaintiff's Complaint

Because the Court cannot read the handwritten complaint filed by plaintiff, it is impossible for the Court to determine if the complaint meets the standards set forth in 28 U.S.C. § 1915A(a). Therefore, the complaint shall be dismissed with leave to amend.

C.  *In Forma Pauperis* Application

When plaintiff filed the instant action on July 3, 2008, plaintiff did not pay the filing fee or file an application to proceed in forma pauperis. Therefore, the clerk of the Court sent plaintiff a notice on the same day directing him to either pay the full filing fee or file a Prisoner's In Forma Pauperis Application within thirty days to avoid dismissal of the action.

On July 18, 2008, plaintiff filed the application to proceed in forma pauperis. (Docket No. 3.) However, the Certificate of Funds in Prisoner's Account was not completed and signed by an authorized officer at the prison. Furthermore, plaintiff failed to provide a copy of plaintiff's trust account statement showing transactions for the last six months preceding the date when plaintiff filed the instant complaint.

Plaintiff is ordered to provide the necessary documents with the Court to complete the in forma pauperis application no later than **thirty (30) days** from the date of this order, or in the alternative, to pay the full filing fee.

## CONCLUSION

1. Plaintiff's claims are DISMISSED with leave to amend. Plaintiff is

directed to file a legible amended complaint, either typewritten or handwritten in a manner in which it can clearly be read, **within thirty (30) days** of the date of this order.  The amended complaint must include the caption and civil case number used in this order and the words AMENDED COMPLAINT on the first page.  Because an amended complaint completely replaces the original complaint, plaintiff must include in it all the claims he wishes to present.  He may not incorporate material from the original complaint by reference.  The amended complaint must set forth specific facts as to each individual defendant's deprivation (or role in the deprivation) of plaintiff's protected rights.

2. In order to complete his in forma pauperis application, plaintiff must provide the following: 1) a Certificate of Funds in Prisoner's Account  completed and signed by an authorized officer at the prison, and 2) a copy of plaintiff's trust account statement showing transactions for the last six months preceding the date when plaintiff filed the instant complaint.  Plaintiff must provide the missing documents no later than **thirty (30) days** from the date of this order, or in the alternative, to pay the full filing fee.

3. It is plaintiff's responsibility to prosecute this case.  He must keep the Court informed of any change of address by filing a separate paper headed "Notice of Change of Address," and must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**Failure to do comply with this order in the time provided, *i.e*., file an amended complaint *and* the missing documents to complete his <u>in forma pauperis</u> application, will result in the dismissal of the case without prejudice without further notice to plaintiff.**

DATED:   January 7, 2009                    *James Ware*
                                            JAMES WARE
                                            United States District Judge

Order of Dismissal with Leave to Amend; Directing P to file Complete IFP App.
N:\Pro - Se\January 2009\08-03206 Gates03206_dwlta & ifp-def.wpd    3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID M. GATES,

        Plaintiff,

  v.

U.S. COURT et al,

        Defendants.
                                            /

Case Number: CV08-03206 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   1/7/2009  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Marshall Gates J-60908
Coalinga State Hospital
P. O. Box 5000
Coalinga, CA 93210-5000

Dated:   1/7/2009

                                      Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk