IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARSHALL GATES,<br>    Plaintiff,<br>  vs.<br>U. S. COURT, et al.<br>    Defendants. | No. C 08-03206 JW (PR)<br><br>ORDER OF DISMISSAL<br><br><br><br>(Docket No. 3) |

    Plaintiff, a California inmate at the Coalinga State Hospital, filed a pro se civil rights complaint under 42 U.S.C. § 1983.  Because plaintiff's complaint was handwritten and mostly illegible, the Court dismissed the complaint with leave to amend on January 7, 2009.  Furthermore, plaintiff's in forma pauperis application (Docket No. 3) was insufficient because the Certificate of Funds in Prisoner's Account was not completed and signed by an authorized officer at the prison and plaintiff failed to provide a copy of plaintiff's trust account statement showing transactions for the last six months preceding the date when plaintiff filed the instant complaint.

    Plaintiff was directed to file an amended complaint and the necessary documentation to complete his in forma pauperis application within thirty days from

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.08\Gates03206_dism.wpd

the date the order was filed on January 7, 2009, such that plaintiff's response was due no later than February 6, 2009.  Plaintiff was advised that failure to comply with the order in a timely manner would result in the dismissal of the case without prejudice without further notice to plaintiff.  (See Docket No. 5.)

The deadline has long since passed, and plaintiff has failed to file a response. Accordingly, this action is DISMISSED without prejudice.

The clerk shall terminate Docket No. 3 as moot.

DATED: May 6, 2009

JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.08\Gates03206_dism.wpd                2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID M. GATES,

        Plaintiff,

  v.

U.S. COURT, et als,

        Defendants.
                                      /

Case Number: CV08-03206 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  5/11/2009 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Marshall Gates J-60908
Coalinga State Hospital
P. O. Box 5000
Coalinga, CA 93210-5000

Dated:   5/11/2009

                                        Richard W. Wieking, Clerk
                                      /s/ By: Elizabeth Garcia, Deputy Clerk